CHAMBERS OF
**JAMES KNOLL GARDNER**
UNITED STATES DISTRICT JUDGE

EDWARD N. CAHN UNITED STATES COURTHOUSE
504 WEST HAMILTON STREET, SUITE 4701
ALLENTOWN, PENNSYLVANIA 18101
(610) 434-3457

July 15, 2008

Otrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:  Financial Disclosure Report for
     Calendar Year 2007

Dear Mr. Smith:

The purpose of this letter is to amend my Financial Disclosure Report for Calendar Year 2007 dated July 11, 2008 to add two explanatory footnotes which were inadvertently omitted from the original report as follows:

In Section VII, Line 61, Section A, Description of Assets, on page 7, the entry reads "AF*-Capital World Growth & Income Fund Class C-Mut. Fund". (I used the abbreviation "AF" because the computer program did not give me enough space in line 61 for the full name of the mutual fund.)  I added the asterisk * after the abbreviation, intending to type at the bottom of the page:

*American Funds

Similarly in Section VII, Lines 69, 70, 71 and 72, in Section A, on page 8, each entry begins "AB*".  The abbreviation at the bottom of the page should read:

*Alliance Bernstein

Please consider this letter as an amendment to my 2007 Financial Disclosure Report for Calendar Year 2007 as indicated above.

Do not hesitate to contact me if you require anything additional.

Otrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
July 15, 2008
Page 2


Please acknowledge receipt of these amendments.

Thank you for your cooperation.



JKG:ces

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gardner, James, Knoll | Eastern District of PA | 07/11/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Edward N. Cahn U.S. Courthouse <br> 504 W. Hamilton Street, #4701 <br> Allentown, PA 18101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer, Director | Allentown Symphony Association |
| 2. | Director | Boys and Girls Club of Allentown, Inc. |
| 3. | Director | Police Athetic League, Inc. |
| 4. | Custodian | Brokerage Account #3: UPIA/UGMA |
| 5. | General Partner (passive investment in Subchapter "S" Corporation) | 1/6 share of Rental Property #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State Employees Pension Fund reported in Part II (fixed benefits from a vested pension plan) | $ 67,455.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | self-employed piano teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New York Intellectual Property Law Association (NYIPLA) | March 23-24, 2007 | New York City, NY | 85th Annual Dinner | Transportation, Food and Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Johnson Capital | 1/6 share Mortgage on Rental Property #1, Torrence, California (Part VII, line 1) | O |
| 2. Chase Card Services | Credit Card (Visa) | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/11/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Torrence, California (1997 $533,333) | E | Rent | O | Q | | | | | |
| 2. Time Share #1, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. Sovereign Bank Accounts | A | Interest | K | T | | | | | |
| 4. IRA #1 (Evergreen Foundation Fund Class B) | A | Dividend | J | T | | | | | |
| 5. Brokerage Account #1: | | | | | | | | | |
| 6. CITIBANK NA South Dakota-Bank Deposit Program-See Part VIII | A | Interest | L | T | | | | | |
| 7. Disney - Common Stock (Y) | | | | | | | | | |
| 8. Altoona City Authority Water Revenue Bond | A | Interest | | | Full Call | 11/1 | J | | N/A |
| 9. Ford Motor Company - Bond | A | Interest | | | Redeem | 6/20 | J | | N/A |
| 10. LMP* Appreciation Fund Class A - Mutual Fund | B | Dividend | K | T | | | | | |
| 11. Calamos Convertible & High Income Fund - Closed End Fund | B | Dividend | J | T | | | | | |
| 12. Amgen, Inc. - Common Stock | | None | J | T | Sell | 2/21 | J | | N/A |
| 13. Wells Fargo & Company - Common Stock | A | Dividend | J | T | | | | | |
| 14. Calamos Strategic Total Return Fund - Closed End Fund | A | Dividend | J | T | | | | | |
| 15. Luzerne County PA Water Revenue Bond | A | Interest | J | T | | | | | |
| 16. Microsoft Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 17. Safra National Bank - NY - Certificate of Deposit | A | Interest | J | T | | | | | |

```
*LMP = Legg Mason Partners
```

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schering Plough Corp. - Preferred Stock | A | Dividend | | | Sell | 7/16 | J | | N/A |
| 19. Washington Mutual Bank-NV - Certificate of Deposit | B | Interest | | | Mature | 11/30 | K | | N/A |
| 20. Doral Bank-PR - Certificate of Deposit | B | Interest | | | Mature | 11/30 | K | | N/A |
| 21. BT Group PLC - Common Stock | A | Dividend | J | T | | | | | |
| 22. LMP* Capital and Income Fund - Closed End Fund | A | Dividend | | | Sell | 5/11 | J | B | N/A |
| 23. Western Union - Common Stock | A | Dividend | J | T | | | | | |
| 24. Federal Home Loan Bank - Government Bond | A | Interest | | | Mature | 12/7 | J | | N/A |
| 25. Eaton Vance Tax Eqty. Inc. Fd.-Closed End Fund | B | Dividend | J | T | Buy | 2/22 | J | | N/A |
| 26. | | | | | Buy | 5/11 | J | | N/A |
| 27. Legg Mason International Equity Trust - Mutual Fund | A | Dividend | J | T | Buy | 5/11 | J | | N/A |
| 28. Unilever PLC - Common Stock | A | Dividend | J | T | Buy | 6/13 | J | | N/A |
| 29. Compass Bank-AL - Certificate of Deposit | A | Interest | | | Buy | 6/18 | J | | N/A |
| 30. | | | | | Mature | 8/27 | J | | N/A |
| 31. First Bank of Puerto Rico-PR - Certificate of Deposit | A | Interest | | | Buy | 6/18 | K | | N/A |
| 32. | | | | | Mature | 12/27 | K | | N/A |
| 33. End of Brokerage Account #1 | | | | | | | | | |
| 34. Brokerage Account #2 (Custodial Account #1) redeemed 5/20/04 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #3 (Custodial Account #2): | | | | | | | | | |
| 36. CITIBANK NA - Bank Deposit Program | A | Interest | | | Redeem | 8/28 | J | | N/A |
| 37. CITIBANK NA South Dakota - Bank Deposit Program (X) | A | Interest | | | Redeem | 8/28 | J | | N/A |
| 38. Sterling Savings Bank-WA - Certificate of Deposit | A | Interest | | | Mature | 6/13 | J | | N/A |
| 39. Compass Bank-AL - Certificate of Deposit | A | Interest | | | Buy | 6/18 | J | | N/A |
| 40. | | | | | Mature | 8/27 | J | | N/A |
| 41. End of Brokerage Account #3 (Custodial Account #2) | | | | | | | | | |
| 42. Brokerage Account #4: | | | | | | | | | |
| 43. General Electric Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 44. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 45. LMP* Appreciation Fund Class B - Mutual Fund | A | Dividend | J | T | | | | | |
| 46. LMP* Capital and Income Fund Class B - Mutual Fund | A | Dividend | J | T | | | | | |
| 47. End of Brokerage Account #4 | | | | | | | | | |
| 48. Tme Share #2, Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |
| 49. IRA #2 (CitiGroup Global Markets): - See Part VIII | | | | | | | | | |
| 50. Legg Mason Special Investment Trust - Mutual Fund | B | Dividend | K | T | | | | | |
| 51. Royce Total Return Fund Consultant - Mutual Fund | A | Dividend | J | T | | | | | |

## *Legg Mason Partners

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Van Kampen Equity & Income Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 53. Putnam Mid Cap Value Fund Class C - Mutual Fund | C | Dividend | K | T | | | | | |
| 54. American Funds-Growth Fund of America Class C - Mutual Fund | B | Dividend | K | T | | | | | |
| 55. Legg Mason Value Trust - Mutual Fund | A | Dividend | J | T | | | | | |
| 56. American Balanced Fund Income Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 57. Legg Mason Opportunity Trust - Mutual Fund | A | Dividend | J | T | | | | | |
| 58. Oppenheimer Developing Markets Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 59. Lincoln National Life Insurance Co - Annuity | | None | L | T | | | | | |
| 60. Zebra Technologies Corporation Class A - Common Stock | | None | J | T | | | | | |
| 61. AF* - Capital World Growth & Income Fund Class C-Mut. Fund | B | Dividend | K | T | | | | | |
| 62. Lord Abbett America's Value Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 63. Government National Mortgage Association Class JB - Bond | B | Interest | K | T | | | | | |
| 64. CITIBANK NA - Bank Deposit Program (Y) | | | | | | | | | |
| 65. CITIBANK NA South Dakota - Bank Deposit Program (X) | A | Interest | J | T | | | | | |
| 66. End of IRA #2 | | | | | | | | | |
| 67. New York Life Whole Life | A | Dividend | L | T | | | | | |
| 68. Brokerage Account #5: | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 07/11/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AB* Intermed. Bond Fund Class A - Mut. Fund - See Part VIII | A | Dividend | J | T | | | | | |
| 70. AB* Growth & Income Fund Class A - Mut. Fund - See Part VIII | A | Dividend | J | T | | | | | |
| 71. AB* Small and Mid Cap Value Fund - Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 72. AB* Int'l Growth Fund Class A - Mutual Fund - See Part VIII | A | Dividend | J | T | | | | | |
| 73. End of Brokerage Account #5 | | | | | | | | | |
| 74. KNBT Bank Accounts | D | Interest | M | T | | | | | |
| 75. Rental Property #2, Lehigh Valley, PA (2006 $250,000) | C | Rent | M | R | | | | | |
| 76. Fun $ Investment Club - Partnership | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1. Re Part VII, Line 6: On October 17, 2006 CITIBANK NA Bank Deposit Program was redeemed. On October 31, 2006 the proceeds were reinvested into CITIBANK NA South Dakota Bank Deposit Program. Part VII, Line 6 of the 2006 Financial Disclosure Report failed to report these transactions and will be amended to do so.

2. Re Part VII, Line 49: Previously the Broker/Dealer for IRA #2 was Legg Mason (as reported in Part VII, Line 50 of the 2006 Financial Disclosure Report). On March 1, 2006 Legg Mason changed its name to CitiGroup Global Markets, Inc. (as reported in Part VII, Line 49 of the within 2007 Financial Disclosure Report).

3. Re Part VII, Line 69: On November 5, 2007 Alliance Bernstein Bond Fund - Class A (reported in Part VII, Line 74 of the 2006 Financial Disclosure Report) changed its name to Alliance Bernstein Bond Fund Intermediate Bond Fund Class A (reported in Part VII, Line 69 of the within 2007 Financial Disclosure Report).

4. Re Part VII, Line 70: On June 5, 2006 Alliance Bernstein Growth Fund Class A (reported in Part VII, Line 77 of the 2006 Financial Disclosure Report) and Alliance Bernstein Growth & Income Fund Class A (reported in Part VII, Line 75 of the 2006 Financial Disclosure Report) consolidated and changed their names to Alliance Bernstein Growth & Income Fund Class A (reported in Part VII, Line 70 of the within 2007 Financial Disclosure Report).

5. Re Part VII, Line 72: On June 5, 2006 Alliance Bernstein Small Cap Growth Fund Class A (reported in Part VII, Line 76 of the 2006 Financial Disclosure Report) and Alliance Bernstein International Growth Fund Class A (reported in Part VII, Line 78 of the 2006 Financial Disclosure Report) consolidated and changed their names to Alliance Bernstein International Growth Fund Class A (reported in Part VII, Line 72 of the within 2007 Financial Disclosure Report).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA|         |VIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544